IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

RICHARD E. DOWNS,                                                                    PLAINTIFF

v.                                                                    Civil Action No.: 2:07CV234-P-A

MICHAEL J. ASTRUE,
Commissioner of Social Security,                                                     DEFENDANT

FINAL JUDGMENT

In accordance with the memorandum opinion issued this day, it is, hereby,

**ORDERED:**

That the decision of the Commissioner was supported by substantial evidence is hereby AFFIRMED.

THIS the 17th day of March, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE